**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

SCOTT LARRY APEL,
    Plaintiff,

vs.	Case No. 3:07cv19/MCR/EMT

WILLIAM VITTETOE,
    Defendant.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 31, 2007. Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. This case is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with an order of the court.

    **DONE AND ORDERED** this 29th day of June, 2007.

    *s/ M. Casey Rodgers*
    **M. CASEY RODGERS
    UNITED STATES DISTRICT JUDGE**